UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TAMARCUS BARNES,<br>          Plaintiff,<br>vs.<br><br>FAMILY DOLLAR CORPORATION,<br>          Defendant. | )<br>)<br>)  No. 3:14-CV-1969-B-BH<br>)<br>)<br>) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this action will be **DISMISSED** with prejudice by separate judgment pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted.

**SIGNED this 24th day of October , 2016.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE